JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDA COSCARELLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK LIFE INSURANCE COMPANY; LIFE INSURANCE COMPANY OF NORTH AMERICA; CAMFIL USA LIFE INSURANCE PLAN; CAMFIL USA, INC.,<br><br>　　　　Defendants. | Case No. 2:23-cv-02334 MWF (RAOx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties.  Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.


Dated: January 24, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge